**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 15, 2023

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The request is GRANTED. Defendant shall file his reply brief to the motion to suppress no later than **July 7, 2023**.

Dated: June 15, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

**RE:   United States v. Octavious Fayton**
       **23 Cr. 001 (JLR)**

Dear Judge Rochon:

I write as counsel to Octavious Fayton in the above-captioned case to respectfully request a 14-day extension to file Mr. Fayton's reply to the government's response to his motion to suppress. The government does not object to this request.

On April 24, 2023, the defense filed Mr. Fayton's motion to suppress evidence seized pursuant to Mr. Fayton's unlawful arrest. Because of the Assistant U.S. Attorney's trial schedule, the government's response was originally due three weeks later, on May 15, 2023. On May 8, 2023, the Court granted the government's motion for an extension to file the response on May 26, 2023 and ordered Mr. Fayton's reply due on June 23, 2023.

On June 5, 2023, I began a trial before Judge Caproni that concluded on Monday, June 12. Given this, and because Mr. Fayton's trial date is not until October 2023, I respectfully request a 14-day extension to file Mr. Fayton's reply to the government's response. The government does not object to this request.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Octavious Fayton*

cc: Jaclyn Delligatti, Assistant U.S. Attorney

**SO ORDERED:**

_____
**THE HONORABLE JENNIFER L. ROCHON**
United States District Judge