UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              -against-<br><br>OCTAVIOUS FAYTON,<br>                              Defendant. | Case No. 1:23-cr-0001 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

Upon review of the parties' submissions, including the body camera footage identified as Exhibits A through D to Defendant's motion, the Court concludes that an evidentiary hearing would be helpful, if not necessary, to resolve Defendant's motion to suppress.  IT IS HEREBY ORDERED that the parties shall appear for an evidentiary hearing and oral argument on **August 16, 2023**, at 9:30 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse.  If either party has a conflict with that date, or either party believes that the Court should hold a conference in advance of the hearing, the parties shall confer and file a letter motion seeking appropriate relief.

Dated: July 31, 2023
       New York, New York

                                          SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge