UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              -against-<br><br>OCTAVOUS FAYTON,<br>                    Defendant. | 23-cr-00001-JLR<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

    IT IS HEREBY ORDERED THAT, no later than September 25 2023, counsel shall file a joint letter indicating who will be testifying at the September 26, 2023 suppression hearing and an estimate of the length of time needed for the hearing.

Dated: September 21, 2023
       New York, New York

                                      SO ORDERED.

                                      *Jennifer Rochon*
                                      JENNIFER L. ROCHON
                                      United States District Judge