UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

OCTAVOUS FAYTON

Defendant.

23-cr-00001-JLR

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

This Order reflects the exhibits admitted during the Suppression Hearing held before this Court on September 26, 2023.

- Government Ex. 1: Body-Worn Camera Footage (Officer Lluberes)
- Government Ex. 2: Body-Worn Camera Footage (Officer Paulino)
- Government Ex. 4: Grand Jury Transcript (8/25/22) from The Bronx Criminal Court
- Government Ex. 5: Officer Lluberes's Complaint Report
- Defendant Ex. A: A Lluberes - Vehicle Report
- Defendant Ex. B: Photograph - Intersection of 213th & White Plains Rd.
- Defendant Ex. C: Photograph - Intersection of 215th & White Plains Rd.
- Defendant Ex. D: Photograph - Intersection of 216th & White Plains Rd.
- Defendant Ex. E: Photograph - Intersection of 220th & White Plains Rd.
- Defendant Ex. F: Photograph - 220th St. near Carpenter Ave.
- Defendant Ex. G: Photograph - Intersection of Olinville & 216th St.
- Defendant Ex. G-1: Photograph - Olinville Ave near 216th - stop sign
- Defendant Ex. G-2: Map - Intersection of E 216th St. & Olinville Ave
- Defendant Ex. H: Photograph - Intersection of 216th & Bronx Blvd.
- Defendant Ex. I: Map - Route driven by Mr. Fayton & Officers Lluberes & Paulino
- Defendant Ex. L: Photograph - Intersection of 219th and White Plains Rd.
- Defendant Ex. R: Officer Paulino Activity Log
- Defendant Ex. X: Photo - White Plains Road & 214th Street
- Defendant Ex. Y: Stipulation

Dated: October 12, 2023
New York, New York

SO ORDERED.

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge

## **<u>GX 1 & 2</u>**

## **<u>SEE NATIVE FILES</u>**

**Body-Worn Camera Footage**

CML1

1

2

3            PEOPLE OF THE STATE OF NEW YORK/BRONX COUNTY

4

5                              VS

6

7                       OCTAVOUS FAYTON

8

9                         DEFENDANT

10

11

12     *     *     *     *     *     *     *     *     *     *     *

13

14

15

16     PRESENTED BY:  ADA SINGH/TRIAL 50

17

18     REPORTED BY:  CHRISTINA M. LISELLA

19

20

21     DATE:          AUGUST 25, 2022

22     PANEL & TERM:  C/9

23     GRAND JURY #:  42691

24     DOCKET #:      CR-014321-22BX

25

GOVERNMENT
EXHIBIT
4
23 Cr. 001 (JLR)

CML2

1      MR. SINGH:  I am Assistant District Attorney

2   Naresh Singh of Trial Bureau 50.  This is the case

3   of the People of the State of New York versus

4   Octavous Fayton, docket number CR-014321-22BX,

5   grand jury number is 42691.

6      At this time I ask the grand jury foreperson

7   whether a quorum is present.

8

9      FOREPERSON:  Let the record reflect that a

10  quorum is present.

11

12     MR. SINGH:  Thank you.

13     At this time I call Officer Jonathan Lluberes

14  to the grand jury chambers.

15

16

17

18

19

20

21

22

23

24

25

CML3

1          POLICE OFFICER JONATHAN LLUBERES, after having

2     been duly sworn, testified as follows:

3

4     EXAMINATION BY MR. SINGH:

5

6          Q.   Good morning, Officer.  Could you please

7     introduce yourself to the members of the grand jury

8     by stating your name, your shield and your command.

9          A.   Good morning.  Officer Lluberes,

10    47 Precinct, shield 21473.

11         Q.   How long have you worked for the New York

12    City Police Department?

13         A.   Three years.

14         Q.   And what is your current assignment with

15    the NYPD?

16         A.   I'm a public safety officer.

17         Q.   Could you describe some of your duties

18    and responsibilities as a public safety officer?

19         A.   To patrol high crime areas where

20    robberies, gang violence, and all that kind of

21    stuff is happening.

22         Q.   And how long specifically had you worked

23    within the public safety unit within the NYPD?

24         A.   Almost a year.

25         Q.   I now want to direct your attention to

CML4

 1      August 14, 2022, approximately 6:40 p.m., were you

 2      working on that date and approximate time in your

 3      capacity as a New York City Police Officer?

 4           A.   Yes.

 5           Q.   And did you have an occasion to arrest

 6      anyone in particular on that date and approximate

 7      time?

 8           A.   Yes.

 9           Q.   Who is it that you arrested?

10           A.   Mr. -- I can't pronounce his last name

11      again, can you --

12           Q.   Would something refresh your

13      recollection?

14           A.   Yes.

15           Q.   Would the Arrest Report?

16           A.   The Arrest Report would refresh my

17      recollection.

18           Q.   Okay.

19

20      MR. SINGH:  I'm handing the witness a one-page

21      document.

22

23           Q.   Officer, has your recollection been

24      refreshed?

25           A.   Yes.

CML5

1          Q.    Who is it that you arrested?

2          A.    Mr. Fayton, Octavous.

3          Q.    Okay.  Let's talk about the circumstances

4     leading up to the arrest of the defendant.

5                Where did you first observe the defendant

6     on August 14, 2022?

7          A.    I saw the defendant facing northbound on

8     White Plains Road and Gunhill.

9          Q.    And in what direction were you facing at

10    that time?

11         A.    I was facing westbound on Gun Hill Road.

12

13         MR. SINGH:  So, I am going to have what is in

14    my hand marked for identification purposes as Grand

15    Jury 1.

16         I'm showing Grand Jury 1 to the witness.

17

18         Q.    Officer, do you recognize that what has

19    been marked for identification purposes as Grand

20    Jury 1?

21         A.    Yes.

22         Q.    What do you recognize it to be?

23         A.    It's the area I patrol.

24         Q.    And what kind of map is this?

25         A.    It's a Google Maps.

CML6

1       Q.   And is this a fair and accurate

2   depiction, or aerial view, of the location in which

3   you patrol?

4       A.   Yes, sir.

5       Q.   And how long have you be patrolling in

6   that area?

7       A.   Approximately three years.

8       Q.   Okay.

9

10      MR. SINGH:  So now I'm going to have what has

11  been previously marked for identification purposes

12  into evidence as Grand Jury Number 1, and I am

13  going to display Grand Jury 1 on the Elmo device.

14

15              (So publishing on the Elmo)

16

17      Q.   Officer Lluberes, having looked at Grand

18  Jury 1 on the screen here, can you point to the

19  location on Grand Jury 1 -- and you can stand up if

20  you need to just so you can get closer to the

21  screen.

22      A.   Okay.

23      Q.   Could you point to the location where you

24  were when you first came across the defendant?

25      A.   Sure.  We were standing right here, Gun

CML7

1    Hill, westbound on Gunhill.

2

3        MR. SINGH:  And let the record reflect the

4    witness has pointed nearest to the icon on the

5    left-hand side that says United States Postal

6    Service.

7

8        Q.   And where did you observe the defendant

9    when you first came across him?

10       A.   The defendant was here facing northbound

11   on White Plains Road.

12

13       MR. SINGH:  And for the record, the witness is

14   pointing to the location just slightly under the

15   icon that says Gun Hill Road, within an M.

16

17       Q.   When you first came cross the defendant,

18   where were you, in a vehicle or on foot?

19       A.   We were in a vehicle.

20       Q.   Was it a marked vehicle, or an unmarked

21   vehicle?

22       A.   Unmarked vehicle.

23       Q.   And when you first came across the

24   defendant, or when you first observed the

25   defendant, how did you observe him?

CML8

1          A.    From in front, from inside the vehicle.

2          Q.    Was the defendant in a vehicle, or was he

3     on foot?

4          A.    He was in a vehicle.

5          Q.    What kind of vehicle?

6          A.    It was a dark-colored, sort of gray,

7     5 series BMW.

8          Q.    And what, if anything, did you notice

9     about this vehicle?

10         A.    He was missing his front licence plate,

11    he had a defective headlight, and he had excessive

12    tinted windows.

13         Q.    And after you first came across the

14    defendant after you noticed these things, what did

15    you do?

16         A.    I proceeded to go around to go behind him

17    through White Plains Road, safely, to get behind

18    him to proceed to conduct a lawful car stop.

19         Q.    What happened after you made that turn to

20    go behind him?

21         A.    As we make this turn here, the light

22    turned green and he proceeded to move towards

23    northbound on White Plains Road at a high rate of

24    speed.

25         Q.    Now, you say a high rate of speed.  Can

CML9

1    you explain to the members of the grand jury why

2    you made that determination that it was a high rate

3    of speed?

4         A.   We were going over the speed limit and we

5    couldn't catch up.

6         Q.   What, if anything, happened as the

7    defendant proceed down White Plains Road?

8         A.   The defendant then made a left turn on

9    East 220th Street, a sharp left turn.

10        Q.   Now, you say that the defendant made a

11   sharp left turn on East 220th Street.  From your

12   vantage, can you just describe how he made this

13   sharp left turn?

14        A.   Sure.  So, White Plains Road has a

15   railroad on top and has several pillars that holds

16   the train station, and he was pretty close to the

17   pillars crossing over the yellow lines.

18        Q.   And can you just describe the vicinity,

19   or I guess that particular area, as the defendant

20   was making this sharp left turn?

21        A.   Sure.  It's a commercial area.  At that

22   time it's a lot of trucks loading and unloading,

23   and there is a lot of pedestrians crossing the

24   street.

25        Q.   And when the defendant was making this

CML10

1      sharp left turn, did you see any pedestrians in the

2      area getting ready to cross?

3             A.   Yes, there were pedestrians in the area

4      when he began to cross.

5             Q.   After the defendant made this sharp left

6      turn onto East 220th Street from White Plains Road,

7      what happened next?

8             A.   He then proceeded westbound on 220th

9      Street all the way to Carpenter.

10             Q.   Now, can you just describe what the

11      street conditions were like on East 220th Street?

12             A.   Yeah, 220th Street is a one-way street

13      with vehicles on each side, the right and the left

14      side.

15             Q.   And what was the defendant's speed,

16      approximately?

17             A.   It was over the speed limit.

18             Q.   And what happened when you observed the

19      defendant get to the corner of East 220th Street

20      and Carpenter Avenue?

21             A.   He then proceeded to make another sharp

22      left turn.

23             Q.   When you say a sharp left turn, can you

24      just describe how this was a sharp left turn?

25             A.   A sharp turn described as a high rate of

CML11

1    speed.

2         Q.    And was he close to any vehicles?

3         A.    Yes, he was close to vehicles on the left

4    side.

5         Q.    Were they parked, or were they in motion?

6         A.    They were parked vehicles.

7         Q.    Now, after the defendant made this next

8    sharp left onto Carpenter Avenue -- actually,

9    withdrawn.

10         When the defendant made this sharp left

11   from East 220th onto Carpenter Avenue, where were

12   you at that time?

13         A.    I was about half a block behind him.

14         Q.    And after you observed the defendant make

15   this sharp left turn onto Carpenter Avenue, what

16   happened next?

17         A.    We proceeded and we got to the corner of

18   220th Street and Carpenter Avenue where we then

19   observed him making another left on 219th Street

20   and Carpenter.

21         Q.    Okay.  Can you just describe the

22   conditions of the road when the defendant was

23   making that left from Carpenter onto East 219th

24   Street?

25         A.    Sure.  Carpenter runs southbound, one-way

CML12

1     street, cars parked on the right and left side.

2          Q.   Did anything happen when the defendant

3     was making the sharp left turn onto East 219th

4     Street?

5          A.   Yes.

6          Q.   What happened?

7          A.   There was a car pulling out from the

8     right side parking spot into 219th Street, and the

9     vehicle did squeeze into the cars from the front,

10    to the front.

11         Q.   What happened after you saw the defendant

12    make that turn?

13         A.   We proceeded to get to that corner, where

14    we had to utilize our sirens to actually get to

15    that corner.

16         Q.   And what happened after you got to that

17    corner?

18         A.   We observed him making a right turn into

19    Olinville and 219th Street.

20         Q.   What happened after the defendant made

21    that turn?

22         A.   We proceeded to get to the corner, where

23    we observed him squeezing in between a parked

24    vehicle that was on Olinville Avenue.

25         Q.   Now, can you just describe what that

CML13

1   street is like?

2        A.   Yes.  Olinville runs southbound, cars

3   parked on both sides.

4        Q.   On this particular day, on August 14, you

5   mentioned that he squeezed between two cars.  Can

6   you just describe that a little bit further?

7        A.   Sure.  There was a car parked on the

8   right side, double-parked on the right side, where

9   the defendant squeezed through it at a high rate of

10  speed causing alarm to the driver of that vehicle.

11

12       MR. SINGH:  Members of the grand jury, I'm

13  going to just give you a quick instruction

14  regarding the testimony about causing alarm to the

15  driver of the double-parked vehicle.  It's

16  speculation, so you are not to consider that

17  portion, just that portion of the testimony.

18

19       Q.   On Olinville Road, are there any sort of

20  speed controlled devices?

21       A.   Yes, yes.

22       Q.   What kind of speed control devices?

23       A.   Speed bumps.

24       Q.   And what's the speed limit in that area?

25       A.   20 miles per hour.

CML14

1      Q.   And how fast was the defendant going?

2      A.   He was going over 20 miles per hour.

3      Q.   Going back to when you saw the defendant

4   squeeze between this double-parked car and the

5   other car that was parked on the other side of the

6   street, how close was the defendant to these cars?

7      A.   Extremely close.

8      Q.   After the defendant went past the

9   double-parked car and over the speed bump, what

10  happened next?

11     A.   He proceeded to make a right turn into

12  Olinville and 216th Street.

13     Q.   Can you describe what the street

14  conditions are on East 216th Street?

15     A.   It's a westbound street with cars parked

16  on both sides, with a bike lane on the left side as

17  well.

18     Q.   At this moment in time, what were you

19  doing in your vehicle?

20     A.   We activated our lights and sirens.

21     Q.   Why did you activate lights and sirens at

22  this point in time?

23     A.   We had already caught up to him.

24     Q.   What were you planning on doing after

25  activating the lights and sirens?

CML15

1          A.   Pulling him over and conducting a lawful

2     car stop.

3          Q.   Now, you just described the street of

4     East 216th Street.  After you activated your lights

5     and sirens, did the defendant pull over

6     immediately?

7          A.   He did not.

8          Q.   Were there available spaces for the

9     defendant to pull over?

10         A.   Yes.

11         Q.   What did the defendant do instead?

12         A.   He proceeded to move forward and make a

13    right turn into Bronx Boulevard and East 216th

14    Street.

15         Q.   Did there come a time where the defendant

16    ultimately stopped the vehicle?

17         A.   Yes.

18         Q.   And what happened after the defendant

19    stopped his vehicle?

20         A.   We approached the vehicle and asked for

21    documentation.

22         Q.   Prior to approaching that vehicle, was

23    the defendant given any instructions or commands?

24         A.   There were instructions given to stop the

25    vehicle, turn it off, and bring all his windows

CML16

1    down.

2         Q.   And did he immediately comply?

3         A.   He did not.

4         Q.   Did there come a point in time where he

5    eventually complied?

6         A.   He had.

7         Q.   And when the defendant eventually

8    complied with those orders, what happened next?

9         A.   As I mentioned, we approached the vehicle

10   and we asked for license and registration, which is

11   documentation.

12        Q.   Now, after license registration and other

13   documentation were provided, what happened after

14   that?

15        A.   The defendant was asked to step out of

16   vehicle, and was placed under arrest.

17        Q.   And very quickly, was there anyone else

18   inside the vehicle at that time?

19        A.   No one else.

20        Q.   When the defendant was asked to step out

21   of the vehicle and was placed under arrest, what

22   was he being placed under arrest for?

23        A.   Reckless driving.

24        Q.   After the defendant was placed under

25   arrest, what happened next?

CML17

1          A.    We proceeded to take him back to the

2    station, and his vehicle.

3          Q.    And what happened when the vehicle and

4    the defendant got back to the station?

5          A.    The defendant was lodged, and then the

6    vehicle was inventoried.

7          Q.    You say inventoried.  What does that

8    mean?

9          A.    Inventory means to ensure that we protect

10   the property, also to have unwanted claims of loss

11   or theft, to protect members of the service and the

12   public from dangerous instruments, and also to keep

13   an itemized list of the property that was taken

14   from the defendant.

15         Q.    And when you say the defendant, in this

16   particular case do you mean the vehicle?

17         A.    The vehicle, yes.

18         Q.    So now, let's talk about this inventory.

19   Do you have any discretion, or can you just do the

20   inventory search in whatever way you see fit?

21         A.    No.

22         Q.    Explain how you are required to conduct

23   an inventory search?

24         A.    As our Patrol Guide states, we are

25   supposed to itemize every item, categorize it, like

CML18

1   I mentioned before.  It's just a way to keep all

2   the items labeled correctly.

3        Q.   Okay.  And you mentioned a Patrol Guide.

4   What relevance does the Patrol Guide have an in

5   conducting inventory searches?

6        A.   What relevance?  What do you mean by

7   relevance?

8        Q.   Why does the Patrol Guide instruct you in

9   terms of the inventory search?  Does it provide you

10   rules and regulations and how you conduct this

11   inventory search?

12        A.   Yes.

13        Q.   And did you follow those rules and

14   guidelines when conducting this inventory search?

15        A.   Yes.

16        Q.   What, if anything, happened as you were

17   conducting this inventory search?

18        A.   When I was conducting the inventory

19   search, on the front passenger's side I did observe

20   a black fanny pack on the floor mat.  When I picked

21   up the fanny pack, it's really heavy, I then

22   proceeded to frisk the bag where I felt the barrel

23   of what I considered to be a firearm.

24        Q.   Okay.  And what happened after you felt

25   what you thought was a firearm in the bag?

CML19

1      A.   Yes; I opened the bag, and that's when I

2      observed a black firearm.

3      Q.   Okay.

4

5      MR. SINGH:   I'm going to have what is in my

6      hand marked for identification purposes as Grand

7      Jury 2.   I'm handing it to the witness.

8

9      Q.   Officer, do you recognize that which has

10     been marked for identification purposes as Grand

11     Jury 2?

12     A.   I do.

13     Q.   What do you recognize it to be?

14     A.   It's the firearm inside the fanny pack

15     that I recovered.

16     Q.   And where was this firearm inside the

17     fanny pack recovered from?

18     A.   From the floor mat on the front

19     passenger's side.

20     Q.   And how was it that you recognize this

21     image to be that?

22     A.   I took the image.

23     Q.   And is that a fair and accurate depiction

24     of the firearm that you found inside of that fanny

25     pack that was found on the front floorboard of the

CML20

1        vehicle the defendant was driving?

2             A.   Yes.

3

4             MR. SINGH:   I'm now going to have that which

5        has been marked for identification purposes as

6        Grand Jury Number 2 into evidence as Grand Jury 2.

7        And I am displaying it on the Elmo device.

8

9                   (So publishing on the Elmo)

10

11            Q.   Officer, what kind of firearm is this?

12            A.   It's a semiautomatic firearm.

13            Q.   It's a pistol, or revolver?

14            A.   It's a pistol.

15            Q.   And is this firearm, or was this firearm,

16       loaded, or unloaded?

17            A.   It was loaded.

18            Q.   Loaded how?

19            A.   It had bullets inside the magazine that

20       was inside the firearm.

21            Q.   How many bullets?

22            A.   Fifteen?  Can you refresh my memory?

23            Q.   Do you recall the exact number?

24            A.   I don't recall the exact number, no.

25            Q.   Would the Property Voucher itself refresh

CML21

1    your recollection?

2         A.   Yes.

3         Q.   Okay.

4

5         MR. SINGH:  I'm handing the witness a one-page

6    document.

7

8         A.   Thank you.

9         Q.   Has your recollection been refreshed?

10        A.   Yes.

11        Q.   How many bullets were inside the firearm?

12        A.   Thirteen.

13        Q.   And where were they located?

14        A.   Inside the magazine.

15        Q.   Now, what, if anything else, was found

16   during the course of this inventory search?

17        A.   A box of ammunition.

18        Q.   Where was this box of ammunition found?

19        A.   In the trunk of the vehicle.

20        Q.   And what kind of -- or, how many rounds

21   of ammunition?

22        A.   Fifty.

23

24        MR. SINGH:  I'm now going to have what is in

25   my hand marked for identification purposes as Grand

CML22

1      Jury 3.

2         I'm handing that which has been marked as

3      Grand Jury 3 for identification purposes to the

4      witness.

5

6         Q.   Officer, do you recognize that which has

7      been marked for identification purposes as Grand

8      Jury 3?

9         A.   Yes.

10         Q.   What do you recognize it to be?

11         A.   The box that was recovered from the --

12      the box of ammunition that was recovered from the

13      vehicle.

14         Q.   Did you personally observe that box of

15      ammunition inside the trunk of the vehicle the

16      defendant was driving?

17         A.   My partner recovered that box of

18      ammunition.

19         Q.   But did you personally see that box of

20      ammunition?

21         A.   Yes, I did; yes, I did.

22         Q.   And is this a fair and accurate depiction

23      of the box of ammunition and the rounds recovered

24      from the trunk of the vehicle that the defendant

25      was driving?

CML23

1          A.    Yes.

2

3          MR. SINGH:  I'm now going to have that which

4     has been marked for identification purposes as

5     Grand Jury 3 into evidence as Grand Jury 3.

6          I'm displaying it on the Elmo device.

7

8                  (So publishing on the Elmo)

9

10         Q.    How many rounds of ammunition were

11    recovered?

12         A.    Fifty.

13         Q.    And what type of rounds of ammunition are

14    these?

15         A.    .380's.

16         Q.    Following the recovery of the firearm and

17    this box of ammunition, what happened next?

18         A.    I notified ECT.

19         Q.    And what is ECT?

20         A.    Evidence Collection Team.

21         Q.    What happened after you made the

22    notification to the Evidence Collection Team?

23         A.    ECT came to the precinct, processed the

24    firearm and made it safe for us.

25         Q.    And what happened after they processed

CML24

1        the firearm and made it safe?

2             A.    They returned it to me.

3             Q.    And very quickly, what does it mean to

4        make a firearm safe?

5             A.    It's to unload the firearm making sure

6        that there is no bullets or anything inside the

7        firearm.

8             Q.    Okay.

9

10            MR. SINGH:   I'm going to have what is in my

11       hand marked for identification purposes as Grand

12       Jury Number 4.   I'm handing it to the witness.

13

14            Q.    Officer, do you recognize that which has

15       been marked for identification purposes as Grand

16       Jury 4?

17            A.    Yes.

18            Q.    What do you recognize it to be?

19            A.    This is the firearm that I vouchered and

20       recovered.

21            Q.    Is this a fair and accurate depiction of

22       the firearm after it was made safe by the Evidence

23       Collection Team?

24            A.    Yes.

25

CML25

1          MR. SINGH:  So at this time I'm going to have

2    that which has been previously marked for

3    identification purposes as Grand Jury 4 into

4    evidence as Grand Jury 4.  And I'm displaying Grand

5    Jury 4 on the Elmo device.

6

7               (So publishing on the Elmo)

8

9          Q.   Officer, can you just describe what's

10   being shown here in Grand Jury 4?

11         A.   Sure.  On your left is the firearm, on

12   the right top is the magazine, and under the

13   magazine is the bullets recovered from inside the

14   magazine.

15         Q.   And why are the bullets laid out in that

16   way?

17         A.   To take the picture.

18         Q.   Those 13 bullets, where were they

19   recovered from?

20         A.   They were inside the magazine.

21         Q.   Following the arrest of the defendant,

22   and the recovery of this firearm and the box of

23   ammunition, what happened next?

24         A.   The firearm was returned to me, and I

25   vouchered it.

CML26

1        Q.    Now, can you explain what vouchering is?

2        A.    It's categorizing each item, and for us

3    to keep track of chain of custody of the items.

4        Q.    Now, did you specifically have to

5    complete any paperwork when vouchering the firearm

6    and the ammunition?

7        A.    Yes.

8        Q.    With respect to the firearm, did you put

9    your name and a description of the items recovered

10   onto the same voucher?

11       A.    Yes.

12       Q.    And the description -- did you put the

13   firearm, the magazine, and the bullets, all on that

14   same voucher?

15       A.    Yes.

16       Q.    And did there come a time you were

17   assigned a unique invoice number or voucher number

18   for the firearm, the magazine and the ammunition?

19       A.    Yes.

20       Q.    What was that voucher number?

21       A.    I can't remember the voucher number.

22       Q.    Is there anything that -- would the

23   voucher refresh your recollection?

24       A.    It will.

25

CML27

1          MR. SINGH:  Let the record reflect I'm handing

2     the witness a one-page document.

3

4          Q.  Officer, has your recollection been

5     refreshed?

6          A.  Yes.

7          Q.  What was the voucher number for the

8     firearm, the magazine and ammunition recovered?

9          A.  2001154244.

10         Q.  And what happened with the box of

11    ammunition, was that also vouchered?

12         A.  It was also vouchered.

13         Q.  And did you complete paperwork with

14    respect to vouchering that item?

15         A.  Yes, I did.

16         Q.  And did there come a time when you were

17    assigned a unique invoice number or voucher number

18    for those 50 rounds of ammunition that you

19    recovered?

20         A.  Yes.

21         Q.  And what was that unique invoice number

22    or voucher number?

23         A.  The voucher would refresh my memory.

24         Q.  Okay.

25

CML28

1          MR. SINGH:  So, let the record reflect I'm

2     handing the witness a one-page document to refresh

3     his recollection.

4

5          Q.   Officer, has your recollection been

6     refreshed?

7          A.   Yes.

8          Q.   What is the voucher number for the 50

9     rounds of ammunition that was recovered?

10         A.   2001154293.

11         Q.   Following the arrest of the defendant and

12    the vouchering of all of this property, did you

13    take from the defendant that which is commonly

14    referred to as pedigree information?

15         A.   Yes.

16         Q.   And what is pedigree information?

17         A.   Name -- first name, last name, date of

18    birth.

19         Q.   And did you ascertain -- and did you, in

20    fact, find out what the defendant's date of birth

21    is?

22         A.   Yes.

23         Q.   What is his date of birth?

24         A.   The Arrest Report will refresh my memory.

25         Q.   Okay.

CML29

1

2          MR. SINGH:  Let the record reflect I'm handing

3     the witness a one-page document to refresh his

4     recollection.

5

6          Q.   Has your recollection been refreshed?

7          A.   Yes.

8          Q.   What is the defendant's date of birth?

9          A.   10/14/1980.

10         Q.   Now, did you also determine whether this

11    defendant has an active New York State

12    Identification number?

13         A.   Yes.

14         Q.   Now, very quickly, what is a New York

15    State Identification number?

16         A.   It's a NYSID number, it's a unique number

17    that somebody gets assigned.

18         Q.   And now, in your training and experience,

19    are NYSID numbers unique to the individual to whom

20    they are assigned?

21         A.   Yes.

22         Q.   Can two people have the same active New

23    York State Identification number?

24         A.   No.

25         Q.   And are all persons who are fingerprinted

CML30

1      in New York issued a NYSID number?

2           A.   Yes.

3           Q.   And that includes persons who are

4      fingerprinted for reasons other than that of an

5      arrest, such as for a certain job, or license

6      applications?

7           A.   Yes.

8           Q.   Do you recall what the defendant's NYSID

9      number is?

10          A.   Yes.

11          Q.   What is his NYSID number?

12          A.   01704398 Robert.

13          Q.   Now, did you conduct an investigation as

14     to whether or not the defendant had a license or

15     permit to possess a firearm in New York State or

16     any other state?

17          A.   I did.

18          Q.   And does the defendant have a license or

19     permit to possess a firearm in New York State or in

20     any other state?

21          A.   He does not.

22          Q.   And was this firearm recovered from the

23     defendant's home or place of business?

24          A.   No.

25          Q.   Following the arrest of the defendant,

CML31

1     did there ever come a point in time where the

2     defendant specifically told you something?

3          A.   Yes.

4          Q.   What did he tell you?

5          A.   He said, I beat the last one, I'll beat

6     this one.

7          Q.   Can you just repeat what he said?  In sum

8     and substance, what did he say?

9          A.   I beat the last one, I'll beat this one.

10         Q.   Did you ask him any questions before he

11    made that statement to you?

12         A.   I did not.

13         Q.   Did you threaten him or force him to make

14    that statement to you in any way?

15         A.   I did not.

16

17    MR. SINGH:  And at this time I have no further

18    questions.

19         By a show of hands does any member of the

20    grand jury have any questions for this witness?

21         Let the record reflect that there has been no

22    show of hands, and as such this witness is now

23    excused.

24

25         Q.   Thank you.

CML32

1          A.    Thank you.   Have a good day everyone.

2

3                     (Witness excused)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

USAO_00001423

1/24/23, 4:20 PM                                    Complaint# 2022-047-009160



# New York City Police Department
## Omniform System - Complaints

| Report Cmd: 047 | Jurisdiction: N.Y. POLICE DEPT | ICAD#: | Record Status: Final, Initial Arrests made | Public Omni NO | Complaint #: 2022-047-009160 | No Other Legacy Blue Versions | Complaint Revisions: View All Versions 0 1 |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **Occurrence Location:** NORTH EAST CORNER BRONX BOULEVARD & EAST 216 STREET<br>Name Of Premise:<br>Premises Type:STREET<br>Location Within Premise:<br>Visible By Patrol?:YES | **NYC Parks Dept. Property**<br>Did this offense occur on NYC Parks Dept. Property? NO<br>Command:<br>NYC Parks Dept. Property Name: |
| | **Precinct:**047<br>Sector:A<br>Beat:<br>Post: |

| **Occurrence From:** 2022-08-14    18:40    **SUNDAY**<br>Occurrence thru:<br>Reported: 2022-08-14    18:40<br>Complaint Received: PICK-UP | Aided #<br>Accident #<br>O.C.C.B. # |
|---|---|

| **Classification:** CRIM POSS WEAPON<br>Attempted/Completed: COMPLETED<br>Most Serious Offense Is: FELONY<br>PD Code: 793  WEAPON POSSESSION 3<br>PL Section: 26502<br>Keycode: 118  DANGEROUS WEAPONS | **Case Status:** CLOSED<br>Unit Referred To:<br>Clearance Code: UNIFORM ARREST<br>Log/Case #:0<br>Clearance Arrest Id:<br>Clearance AO Cmd:<br>File #:<br>Prints Requested? NO |
|---|---|

## OFFENSES:

| Order | Offense Desc | Att/Cmplt | PDC Code | PDC Code Desc | PL Section | PL Description | IBR# | Class | Alleged Crime | Justified Crime | Criminal Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PL 265 CRIMINAL POSSESSION OF WEAPON | COMPLETED | 792 | CRIMINAL POSSESSION WEAPON | PL 265.03 01B | CPW-2ND: LOADED FIREARM | 520 | Felony | | | NONE / UNKNOWN |
| 2 | PL 265 CRIMINAL POSSESSION OF WEAPON | COMPLETED | 792 | CRIMINAL POSSESSION WEAPON | PL 265.03 03 | CPW-2ND: LOADED FIREARM | 520 | Felony | | | NONE / UNKNOWN |
| 3 | PL 265 CRIMINAL POSSESSION OF WEAPON | COMPLETED | 793 | WEAPON POSSESSION 3 | PL 265.02 01 | CRIM POSS WEAP-3RD:PREV CONV | 520 | Felony | | | NONE / UNKNOWN |
| 4 | PL 265 CRIMINAL POSSESSION OF WEAPON | COMPLETED | 793 | WEAPON POSSESSION 3 | PL 265.02 08 | CRIM POSS WEAP 3RD-AMMO CLIP | 520 | Felony | | | NONE / UNKNOWN |
| 5 | PL 265 CRIMINAL POSSESSION OF WEAPON | COMPLETED | 792 | CRIMINAL POSSESSION WEAPON | PL 265.01-B 01B | CRIMINAL POSSESSION FIREARM | 90Z | Felony | | | |
| 6 | VTL 1212 | COMPLETED | 918 | RECKLESS DRIVING | VTL1212 | RECKLESS DRIVING | 999 | Misdemeanor | | | |
| 7 | VTL 0375 | COMPLETED | 939 | LIGHTS,IMPROPER | VTL0375 13 | EQUIP VIO:NON-SAFETY GLASS | 999 | Investigation | | | |
| 8 | VTL 0402 | COMPLETED | 0 | | VTL0402 01A | NO LIC PLATE:SINGLE LIC PLATE | 999 | Investigation | | | |

**Confirmed Shots Fired?**
NO

**Possible Hate Crime ?**
NO

| Is This Related To Stop And Frisk Report NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|---|---|

| Gang Related? NO | Detective Borough Wheel Log #: | Name Of Gang: | Child Abuse Suspected? NO |
|---|---|---|---|

| DIR Required? NO | Child in Common? NO | Intimate Relationship? NO | Officer Body Worn Camera: YES |
|---|---|---|---|

| **If Burglary:**<br>Forced Entry?<br>Structure:<br>Entry Method:<br>Entry Location: | **Alarm:**<br>Bypassed?<br>Comp Responded?:<br>Company Name/Phone:<br>- - | **If Arson:**<br>Structure:<br>Occupied?:<br>Damage by: | **Taxi Robbery:**<br>Partition Present:<br>Amber Stress Light Activated:<br>Method of Conveyance:<br>Location of Pickup: |
|---|---|---|---|

GOVERNMENT<br>EXHIBIT<br>5<br>23 Cr. 001 (JLR)

USAO_00000130

1/24/23, 4:20 PM
Complaint# 2022-047-009160

| | | Crime Prevention Survey Requested?: Complaint/Reporter Present?: | | | | |
|---|---|---|---|---|---|---|
| Supervisor On Scene - Rank / Name / Command : | | Canvas Conducted: NO | | Translator(if used): | | |

**NARRATIVE:**
AT TPO AO OBSERVED ABOVE DEFENDANT OPERATING A GRAY BMW 5 SERIES NYS LICENSE PLATE KKP8448 DRIVING NORTH BOUND ON WHITE PLAINS ROAD AND GUN HILL ROAD WITHADEFECTIVE HEADLIGHT NO FRONT PLATES AND EXESSIVE TINTED WINDOWS. OFFICER OBSERVED DEFENDANT DRIVING AT A HIGH RATED SPEED FAILING TO SIGNAL, UPON LAWFULCARSTOP DEF WAS PLACED UNDER ARREST FOR RECKLESS DRIVING. SILA RECOVER LOADEDFIREARM AND AMMUNITION.

**Version 1. SYSTEM GENERATED**

## No NYC TRANSIT Data for Complaint # 2022-047-009160

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 0 | Total Wanted: 1 |
|---|---|---|---|

| **VICTIM: # 1 of 1** | Name: , | Complaint#: 2022-047-009160 |
|---|---|---|

| Nick/AKA/Maiden: UMOS: Sex/Type:/ SOCIETY/PUBLIC Race:UNKNOWN Age:0 Date Of Birth:UNKNOWN | Suspected Gang Member: Name: Reason for Suspected Gang Member Designation: |
|---|---|
| Disabled?NO Is this person not Proficient in English?: If Yes, Indicate Language: N.Y.C.H.A Resident?NO Is Victim fearful for their safety / life?NO Escalating violence / abuse by suspect?NO Were prior DIR's prepared for C/V?NO | Will View Photo: Will Prosecute: Notified Of CrimeNO Victim Comp. Law: |

| **LOCATION** HOME-PERMANENT | **ADDRESS** | **CITY** | **STATE/COUNTRY** NEW YORK | | **ZIP** | **APT/ROOM** |
|---|---|---|---|---|---|---|

Phone #: HOME: Not Provided/Unavailable CELL: Not Provided/Unavailable BUSINESS:Not Provided/Unavailable BEEPER: Not Provided/Unavailable E-MAIL: Not Provided/Unavailable

| Victim was: | Shot NO | Stabbed NO | Slashed NO |
|---|---|---|---|

Actions Of Victim Prior To Incident:
**PSNY**

| Victim Of Similar Incident: | If Yes, When And Where |
|---|---|

| **WANTED: # 1 of 1** | Name: FAYTON, OCTAVOUS | Complaint#: 2022-047-009160 | Arrested: YES |
|---|---|---|---|

| Nick/AKA/Maiden: Sex:MALE Race:BLACK Age:41 Date Of Birth:10/14/1980 U.S. Citizen:YES Place Of Birth: Is this person not Proficient inNO English?: If Yes, Indicate Language: Accent:NO | Height:6FT0IN Weight:180 Eye Color:BROWN Hair Color:UNKNWN Hair Length:BALD Hair Style:BALD Skin Tone:MEDIUM Complexion:CLEAR OffenderAPPARENTLY Condition:NORMAL S.S.#:0 | Order Of Protection:NO Issuing Court: Docket #: Expiration Date: Order of Protection Violated?NO Does Suspect abuse Drugs /NO Alcohol? Suspect threatened /attemptedNO suicide? Is the suspect Parole / Probation?NO Relation to Victim:NO RELATIONSHIP Living together:NO Can be Identified:NO |
|---|---|---|
| | | Suspected Gang Member:NO Name: Reason for Suspected Gang Member Designation: |

| **LOCATION** HOME-PERMANENT | **ADDRESS** 20 RICHMAN PLAZA | **CITY** BRONX | **STATE/COUNTRY** NEW YORK | **ZIP** 10453 | **APT/ROOM** | **HOW LONG?** | **RES. PCT** 046 |
|---|---|---|---|---|---|---|---|

Phone #: HOME: - - CELL: 929-241-5402 BUSINESS: - - BEEPER: - - E-MAIL:

| N.Y.C.H.A. Resident:NO Development: | N.Y.C. Housing Employee:NO N.Y.C. Transit Employee:NO | On Duty:YES |
|---|---|---|

**Weapons:**

USAO_00000131

1/24/23, 4:20 PM                                Complaint# 2022-047-009160

| #1 | Physical Force/Weapon:**POSSESSED**<br>Physical Force/Weapon Type:**GUN / FIREARM**<br>Physical Force/Weapon Sub Type:**HANDGUN**<br>Specific Physical Force/Weapon Type:**PISTOL , SEMI-AUTOMATIC**<br>Other Weapon Description: | Firearm Recovered:**YES**<br>Discharged:**NO**<br>Make:**GLOCK**<br>Color:**BLACK**<br>Caliber:**.45 CAL** | Serial Number Defaced:**NO**<br>Serial Number:**BCUR593** |
|---|---|---|---|

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

**CRIME DATA** ........ **DETAILS**
**MODUS OPERANDI** .... **CPW**
**ACTIONS TOWARD VICTIM** . **UNK**
**CLOTHING** ........ **HEADGEAR -BASEBALL HAT -BLACK**
**CLOTHING** ........ **ACCESSORIES -JEANS -BLUE**
**CLOTHING** ........ **OUTERWEAR -T-SHIRT OR TANK TOP -BLACK**
**CLOTHING** ........ **FOOTWEAR -OTHER -MULTI COLORED OR STR**
**CHARACTERISTICS** .... **UNKNOWN**
**BODY MARKS** ....... **ARM -TATTOO(CAN NOT DESCRIBE)**
**IMPERSONATION** ..... **UNKNOWN**

**ARRESTS:**                    Complaint # **2022-047-009160**

| Arrest ID<br>B22628047 | Status<br>ACTIVE | Defendant Name<br>FAYTON, OCTAVOUS | | Sex<br>MALE | Race<br>BLACK | AgeArrest Date<br>4108/14/2022 |
|---|---|---|---|---|---|---|

# No IMEI Data for Complaint # 2022-047-009160

| **VEHICLE: # 1 of 1** | VIN:<br>**WBAJE7C31HG890464** | Complaint #:<br>**2022-047-009160** |
|---|---|---|

| Vehicle Was: **USED IN A CRIME** | Vehicle Stolen/Attempted Stolen From: | Invoice #: |
|---|---|---|

Plate(s):
Number of Plates:**1**
License Plate #:**KKP8448**
State:**NY**
Expires:**0423**
Type:**MOTOR VEHICLE**
Ins. Code:
Policy #:

**Vehicle**
Year:**2017**
Make:**BMW**
Model:
Style:**SEDAN-4DR**
Color:**GRAY**
Value($):**0.**

Recovered Prior To Alarm:
Alarm #:
Precinct:**000**
Date:
Time:
Transmitted By:

| Vehicle Condition: | | Held For Forfeiture: |
|---|---|---|

| **SCRATCH COPY:** | | Complaint # **2022-047-009160** |
|---|---|---|

| 1 | 📄 1660541293447_220815012726-4601648.pdf | Description<br>1660541293447_220815012726-4601648.pdf |
|---|---|---|

| **COMPLAINT ASSOCIATIONS:** | | Complaint # **2022-047-009160** |
|---|---|---|

| Victim | Perpetrator/Wanted | Relationship | Interaction | Offense | Weapon/Force Type | Weapon/Force Type | Weapon/Force Sub Type | Specific Weapon/Force Type | Description |
|---|---|---|---|---|---|---|---|---|---|
| FAYTON, OCTAVOUS | NO RELATIONSHIP | | Yes | PL 265 | POSSESSED | GUN / FIREARM | HANDGUN | PISTOL , SEMI-AUTOMATIC | |
| FAYTON, OCTAVOUS | NO RELATIONSHIP | | Yes | PL 265 | POSSESSED | GUN / FIREARM | HANDGUN | PISTOL , SEMI-AUTOMATIC | |
| FAYTON, OCTAVOUS | NO RELATIONSHIP | | Yes | PL 265 | POSSESSED | GUN / FIREARM | HANDGUN | PISTOL , SEMI-AUTOMATIC | |
| FAYTON, OCTAVOUS | NO RELATIONSHIP | | Yes | PL 265 | POSSESSED | GUN / FIREARM | HANDGUN | PISTOL , SEMI-AUTOMATIC | |
| FAYTON, OCTAVOUS | NO RELATIONSHIP | | Yes | PL 265 | POSSESSED | GUN / FIREARM | HANDGUN | PISTOL , SEMI-AUTOMATIC | |
| FAYTON, OCTAVOUS | NO RELATIONSHIP | | Yes | PL 265 | POSSESSED | GUN / FIREARM | HANDGUN | PISTOL , SEMI-AUTOMATIC | |
| FAYTON, OCTAVOUS | NO RELATIONSHIP | | Yes | 1212 | POSSESSED | GUN / FIREARM | HANDGUN | PISTOL , SEMI-AUTOMATIC | |
| FAYTON, OCTAVOUS | NO RELATIONSHIP | | Yes | 1212 | | | | | |
| FAYTON, OCTAVOUS | NO RELATIONSHIP | | Yes | 0375 | | | | | |
| FAYTON, OCTAVOUS | NO RELATIONSHIP | | Yes | 0402 | | | | | |

| Reporting/Investigating M.O.S. Name:<br>**POM LLUBERES JONATHAN** | Tax #:<br>**967964** | Command:<br>**047 PCT** | Rep.Agency:<br>**NYPD** |
|---|---|---|---|
| Supervisor Approving Name:<br>**SGT BUTT OMAIR** | Tax #:<br>**952517** | Command:<br>**047 PCT** | Rep.Agency:<br>**NYPD** |

USAO_00000132

Complaint# 2022-047-009160

| Complaint Report Entered By:<br>**POM LLUBERES** | Tax #:<br>**967964** | Command:<br>**047 PCT** | Rep.Agency:<br>**NYPD** |
| --- | --- | --- | --- |
| Signoff Supervisor Name:<br>**SGT REYES** | Tax #:<br>**947510** | Command:<br>**047 PCT** | Rep.Agency:<br>**NYPD** |

**END OF COMPLAINT REPORT<br># 2022-047-009160**

USAO_00000133

Complaint# 2022-047-009160

## NYPD Enterprise Case Management System

INDEX SHEET
**PD-113-140(190-95)-h2**

**COMPLAINT #** 2022-047-009160
**CASE #** 2022-4195   **CASE COMMAND:** 183-PBBX SPECIALIZED UNITS   **UNIT:** ECT   **CASE**
**OWNER:** POM JERRY KLEPADLO   **CASE TITLE:** ECT #22-4890/CPW

| ITEM NO. | DATE | ITEM (Include brief description of item/subject matter) | New DD5 Approved since last DA Download | Sensitive Info | Tracking # |
|---|---|---|---|---|---|
| 1 | 08/14/2022 | ( ECT REPORT) ECT #22-4890/CPW | 08/15/2022 19:39:36 | | 76483871 |
| A | 08/14/2022 | ( ECT REPORT) ECT #22-4890/CPW | 08/15/2022 19:39:36 | | 76483871 |
| 2 | 08/15/2022 | ( DA NOTIFICATION) DA NOTIFICATION | . | | 76483874 |
| B | 08/15/2022 | ( DA NOTIFICATION) DA NOTIFICATION | . | | 76483874 |
| 3 | 08/16/2022 | ( DA NOTIFICATION) AUTO GENERATED DA NOTIFICATION | . | | 76505932 |
| C | 08/16/2022 | ( DA NOTIFICATION) AUTO GENERATED DA NOTIFICATION | . | | 76505932 |

USAO_00000134

Complaint# 2022-047-009160

## Companion Case(s)

| Case Num | Command | Date Opened | Opened By | Case Title | UF61 Num | Kite Num | Case Type | Pattern |
|---|---|---|---|---|---|---|---|---|
| 2022-4073 | 270-DET SQD. BX-047 | 08/14/2022 | DT3 EDWIN VEGA | CPW-BRONX BOULEVARD & EAST 216 STREET | 2022-047-009160 | | GENERAL INVESTIGATION | |
| 2022-3479 | 642-GUN VIOL SUPP DIV Z2 | 08/16/2022 | DT3 JOSEPH PALLADINO | OCTAVOUS FAYTON | 2022-047-009160 | | GATS PROSECUTION | |
| 2022-170 | 536-FIREARMS SUPPRESSION DIVISION | 08/17/2022 | DT3 BRIAN SHEA | OCTAVIOUS FAYTON | 2022-047-009160 | | COMPANION | |
| 2022-2019 | 207-LATENT PRINT UNIT | 09/07/2022 | POF CHRISTINA DAGOSTINO | 1905B-2022 CPW | 2022-047-009160 | | LATENT PRINT REPORT | |

## UF61 Audit

| Audit Timestamp | UF61 Number | |
|---|---|---|
| 08/15/2022 02:58:51 | 2022-047-009160 | Current |

USAO_00000135

 **INVESTIGATION REVIEW WORKSHEET**

| DATE | FROM | COMMENTS |
|------|------|----------|
| 08/15/2022 0258 | DD5PINK SYSTEM | THE BASIC DOZEN |

COMMENTS continued:

```
* NOTIFICATION & RESPONSE TO THE SCENE
+ INCLUDE OBSERVATIONS
* INVERVIEW OF THE  1ST OFFICERS(S) ON THE SCENE
* INTERVIEW OF THE COMPLAINT/VICTIM
* INTERVIEW OF THE WITNESS
* REVIEW OF THE SPRINT PRINTOUT
+ INTERVIEW OF THE 911 CALLER(S)
* INTERVIEW OF EMS/FD PERSONNEL
* CANVASSES* (SEE BELOW)
+ CANVASS FOR ADDITIONAL WITNESS
+ CANVASS FOR THE VIDEO EQUIPMENT / CAMERAS
+ CANVASS FOR SOURCES OF ELECTIONIC INFORMATION(ATM, EZ PASSES, ETC)
+ VEHICLE CANVASS: RECORD PLATE NUMBERS OF PARKED VEHICLES
* WHAT IS KNOWN ABOUT THE LOCATION OF OCCURENCE (OLCS, DIR'S, WARRANTS, PAROL
* EVIDENCE / SEARCHES:
+ WHAT WAS RECOVERED?
+ WHO RECOVERED IT?
+ WHERE WAS IT RECOVERED?
+ WHRE IS TEH EVIDENCE(POLICE LAB, ME, ETC.)?
  - WHAT IS THE STATUS[TESTING / ANALYSIS]?
+ IS A DAYLIGHT SEARCH NEEDED?
+ ARE ADDIONAL SEARCHES NEEDED ? (SEWERS, DIRECTION OF FLIGHT, ETC)
* VICTIMOLOGY (PAST ARRESTS, DIR'S, DMV, OLCS, ETC - RTCC PEOPLE FINDER)
* VIEWING OF PHOTOS
+ APPOINTMENT WITH THE DEPARTMENT SKETCH ARTIST
* I-CARD SUBMITTED FOR KNOWN PERPETRATOR(S)


* REGARDING CANVASSES: AVOID USING TERMS LIKE NEGATIVE RESULTS, N/A &N/R.
  DOCUMENT WHO YOU SPOKE TO AND THE SPECIFIC LOCATIONS THAT WERE CHECKED.
  ALSO CONSIDER 24 HOUR AND 7 DAY CANVASSES.
```

USAO_00000136

1/24/23, 4:20 PM                                                      Complaint# 2022-047-009160

| Tracking# 76483871 | | | | | | |
|---|---|---|---|---|---|---|
| **ECT REPORT** | | | | **Crime/Condition**<br>DANGEROUS WEAPONS | | **Command**<br>047-47TH PRECINCT<br>**Date of This Report**<br>08/15/2022 |

| Date of UF61<br>08/14/2022 | Complaint No.<br>2022-047-09160 | Date Case Assigned<br>08/15/2022 | Case No.<br>2022 - 4195 | Unit Reporting<br>ECT | Follow-Up No.<br>1 |
|---|---|---|---|---|---|

| Topic/Subject<br>(ECT REPORT) ECT #22-4890/CPW | Activity Date<br>08/14/2022 | Activity Time<br>20:22 |
|---|---|---|

| Premise Type<br>STREET |
|---|

| Arrival at the Crime Scene<br>08/14/2022 21:15 | Weather<br>CLEAR | Location<br>VEHICLE | Location Name | Lighting<br>UNKNOWN |
|---|---|---|---|---|
| Evidence Collected<br>YES | Prints Lifted<br>YES | Evidence Result Warrant<br>NO | Evidence Vouchered<br>YES | |

| Property | | | | | |
|---|---|---|---|---|---|
| Voucher No.<br>2001154315 | Line No.<br>1 | Quantity<br>1 | Property Type<br>ALL OTHER | | Serial No.<br>1500405864 |
| Description<br>SWAB FROM TRIGGER/TRIGGER GUARD | | Location Recovered<br>GLOCK 30 GEN 4 .45 AUTO SERIAL # BCUR593.<br>PROCESSED AT 47PCT. | | | |
| Voucher No.<br>2001154315 | Line No.<br>2 | Quantity<br>1 | Property Type<br>ALL OTHER | | Serial No.<br>1500405865 |
| Description<br>SWAB FROM FRONT STRAP/BACK STRAP/SIDE GRIPS | | Location Recovered<br>GLOCK 30 GEN 4 .45 AUTO SERIAL # BCUR593.<br>PROCESSED AT 47PCT. | | | |
| Voucher No.<br>2001154315 | Line No.<br>3 | Quantity<br>1 | Property Type<br>ALL OTHER | | Serial No.<br>1500405866 |
| Description<br>SWAB FROM MAGAZINE RELEASE/SLIDE RELEASE/SLIDE<br>GRIP GROOVES | | Location Recovered<br>GLOCK 30 GEN 4 .45 AUTO SERIAL # BCUR593.<br>PROCESSED AT 47PCT. | | | |
| Voucher No.<br>2001154315 | Line No.<br>4 | Quantity<br>3 | Property Type<br>ALL OTHER | | Serial No.<br>1600381852 |
| Description<br>BAG CONTAINING 3 SWABS FROM FIREARM | | Location Recovered<br>GLOCK 30 GEN 4 .45 AUTO SERIAL # BCUR593.<br>PROCESSED AT 47PCT. | | | |

| Person(s) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | Role<br>COMPLAINANT/VICTIM | NYSID | Arrest ID | Arrest PCT | Last Name<br>PSNY | First Name | | M.I. |
| | Race | Sex | DOB | Age<br>0 | Injured/Deceased | Removed to Hospital | | Hospital Name |

| Vehicle | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Year<br>2017 | Make<br>BMW | Model<br>OTHERS | Style<br>SEDAN-4DR | Color<br>GRAY | License Plate#<br>KKP8448 | State<br>NEW YORK | VIN#<br>WBAJE7C31HG890464 | |

| Details |
|---|
| **Summary of Investigation:**<br>1. On August 14, 2022, at approximately 2115HRS. PBBX/ECT PO KLEPADLO TAX# 936875 & PO REYES TAX# 959926<br>RESPONDED TO THE 47 PCT STATION HOUSE IN REGARDS TO A RECOVERED FIREARM. FIREARM IS A BLACK GLOCK<br>30 GEN 4 .45 AUTO SERIAL NUMBER BCUR593. THREE (3) SWABS WERE COLLECTED FROM FIREARM. SWABS ARE<br>SENT TO LAB FOR FORENSIC AND BIOLOGICAL TESTING. SWABS ARE SENT TO LAB ROUTINELY DUE TO NO EXIGENT |

USAO_00000137

1/24/23, 4:20 PM                                             Complaint# 2022-047-009160

CIRCUMSTANCES. SWABS ARE PROBATIVE BECAUSE FIREARM MAY HAVE BEEN HANDLED AND SWABS MAY
CONTAIN INDIVIDUAL(S) DNA. FIREARM WAS MADE SAFE BY PO KLEPADLO TAX# 936875. FIREARM WAS FUMED AND
DUSTED FOR POSSIBLE LATENT PRINTS WITH POSITIVE RESULTS. TWO (2) LATENT PRINTS WERE RECOVERED AND
COLLECTED FROM THE SLIDE OF THE FIREARM. PHOTOS TAKEN. CASE INVESTIGATED BY DET BARBETTO TAX#
954519 ASSIGNED TO 47 DET SQUAD.

FIREARM WAS RECOVERED FROM A VEHICLE IN REGARDS TO AN ARREST AT THE NORTHEAST CORNER OF BRONX
BOULEVARD AND EAST 216 STREET. FIREARM WAS IN A BLACK SUPREME FANNY PACK. FANNY PACK WAS HANDLED
BY UMOS. VEHICLE AND FIREARM WERE SAFEGUARDED BY PO LLUBERES TAX# 967964. ECT REMOVED FANNY PACK
WITH FIREARM INSIDE FROM THE FRONT PASSENGER SIDE FLOOR OF THE VEHICLE BEFORE PROCESSING.

NO CARTRIDGE INSIDE CHAMBER

THIRTEEN (13) LIVE .45 AUTO CALIBER CARTRIDGES INSIDE MAGAZINE.

MAGAZINE WAS INSERTED IN FIREARM

A BOX OF FIFTY (50) 380 AUTO CARTRIDGES WAS RECOVERED IN THE VEHICLE PRIOR TO ECT ARRIVAL AND
PHOTOGRAPHED BY ECT.

FIREARM, MAGAZINE, BALLISTICS AND FANNY PACK WERE RELEASED TO PO LLUBERES TAX# 967964 AFTER
PROCESSING.

VEHICLE IS A 2017 GRAY BMW WITH NY PLATE KKP8448 AND VIN # WBAJE7C31HG890464.


PO J. KLEPADLO (ECT)

---

**PHOTO BATCH ID: 76483871**

---

**CAMERA INFORMATION**

| Camera Model | Photographer | Number of Photographs Uploaded |
|---|---|---|
| NIKON D-750 | 936875 JERRY KLEPADLO POM 183 | 0 |

---

**PHOTOGRAPHS**

---

**Photo No:** 1
**Photo Type:** CLOSEUP
**Camera Direction:** NOT APPLICABLE
**Description:** ECT LOG BOOK
**Examination Quality:** Unknown



76483871_1660547756780_ectlogbook.jpg
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

---

**Photo No:** 2
**Photo Type:** CLOSEUP
**Camera Direction:** NOT APPLICABLE
**Description:** BOX OF 50 CARTRIDGES 380 AUTO
RECOVERED IN VEHICLE PRIOR TO ECT ARRIVAL
**Examination Quality:** Unknown

---

USAO_00000138

Complaint# 2022-047-009160



76483871_1660547756780_extraammo.jpg
This digital image is a confidential investigative record. Any unauthorized access, viewing, disclosure or dissemination of this image is strictly prohibited.

**Photo No:** 3
**Photo Type:** CLOSEUP
**Camera Direction:** NOT APPLICABLE
**Description:** SUPREME FANNY PACK
**Examination Quality:** Unknown



76483871_1660547757176_fannypack.jpg
This digital image is a confidential investigative record. Any unauthorized access, viewing, disclosure or dissemination of this image is strictly prohibited.

**Photo No:** 4
**Photo Type:** CLOSEUP
**Camera Direction:** NOT APPLICABLE
**Description:** FIREARM AND EXTRA AMMO
**Examination Quality:** Unknown



76483871_1660547757180_firearmande.jpg
This digital image is a confidential investigative record. Any unauthorized access, viewing, disclosure or dissemination of this

USAO_00000139

image is strictly prohibited.

**Photo No:** 5
**Photo Type:** CLOSEUP
**Camera Direction:** NOT APPLICABLE
**Description:** HEAD STAMPS OF CARTRDIGES RECOVERED
FROM MAGAZINE
**Examination Quality:** Unknown



76483871_1660547757434_firearmcart.jpg
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

**Photo No:** 6
**Photo Type:** CLOSEUP
**Camera Direction:** NOT APPLICABLE
**Description:** FIREARM INSIDE FANNY PACK
**Examination Quality:** Unknown



76483871_1660547757468_firearminsi.jpg
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

**Photo No:** 7
**Photo Type:** CLOSEUP
**Camera Direction:** NOT APPLICABLE
**Description:** FIREARM MAKE AND MODEL
**Examination Quality:** Unknown



USAO_00000140

1/24/23, 4:20 PM                                        Complaint# 2022-047-009160

76483871_1660547757666_firearmmake.jpg
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

**Photo No:** 8
**Photo Type:** CLOSEUP
**Camera Direction:** NOT APPLICABLE
**Description:** FIREARM SERIAL NUMBER ON SLIDE
**Examination Quality:** Unknown



76483871_1660547757707_firearmseri.jpg
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

**Photo No:** 9
**Photo Type:** CLOSEUP
**Camera Direction:** NOT APPLICABLE
**Description:** FIREARM SERIAL NUMBER UNDER FRAME
**Examination Quality:** Unknown



76483871_1660547757909_firearmseri.jpg
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

**Photo No:** 10
**Photo Type:** CLOSEUP
**Camera Direction:** NOT APPLICABLE
**Description:** FIREARM WITH MAGAZINE REMOVED AND
CARTRIDGES REMOVED FROM MAGAZINE
**Examination Quality:** Unknown

USAO_00000141

Complaint# 2022-047-009160



76483871_1660547757949_firearmwith.jpg
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

---

**Photo No:** 11
**Photo Type:** NOT SPECIFIED
**Camera Direction:** NOT APPLICABLE
**Description:** INTAKE TYPED
**Examination Quality:** Unknown

76483871_1660547758152_intaketyped.pdf
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

---

**Photo No:** 12
**Photo Type:** CLOSEUP
**Camera Direction:** NOT APPLICABLE
**Description:** INTAKE WRITTEN
**Examination Quality:** Unknown



76483871_1660547758223_intakewritt.jpg
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

---

**Photo No:** 13
**Photo Type:** NOT SPECIFIED
**Camera Direction:** NOT APPLICABLE
**Description:** VOUCHER
**Examination Quality:** Unknown

76483871_1660547758270_invoice_200.pdf
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

---

**Photo No:** 14
**Photo Type:** NOT SPECIFIED
**Camera Direction:** NOT APPLICABLE
**Description:** REQUEST FOR LAB
**Examination Quality:** Unknown

76483871_1660547758393_lab_9900050.pdf
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

USAO_00000142

1/24/23, 4:20 PM                                                                  Complaint# 2022-047-009160

**Photo No:** 15
**Photo Type:** NOT SPECIFIED
**Camera Direction:** NOT APPLICABLE
**Description:** LATENT PRINT SIGNED
**Examination Quality:** Unknown

 76483871_1660547758534_latentprint.pdf
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

**Photo No:** 16
**Photo Type:** NOT SPECIFIED
**Camera Direction:** NOT APPLICABLE
**Description:** LATENT PRINT REPORT
**Examination Quality:** Unknown

 76483871_1660548047741_latentprint.pdf
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

**Photo No:** 17
**Photo Type:** NOT SPECIFIED
**Camera Direction:** NOT APPLICABLE
**Description:** PO KLEPADLO MEMO BOOK
**Examination Quality:** Unknown

 76483871_1660547758747_poklepadlom.pdf
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

**Photo No:** 18
**Photo Type:** NOT SPECIFIED
**Camera Direction:** NOT APPLICABLE
**Description:** PO REYES MEMO BOOK
**Examination Quality:** Unknown

 76483871_1660547758750_poreyesmemo.pdf
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

**Photo No:** 19
**Photo Type:** NOT SPECIFIED
**Camera Direction:** NOT APPLICABLE
**Description:** SUMMARY OF INVESTIGATION
**Examination Quality:** Unknown

 76483871_1660547758865_summaryofin.docx
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

**Photo No:** 20
**Photo Type:** OVERALL
**Camera Direction:** NOT APPLICABLE
**Description:** VEHICLE DRIVER SIDE FRONT TO REAR
**Examination Quality:** Unknown


76483871_1660547758937_vehicledriv.jpg
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

**Photo No:** 21
**Photo Type:** OVERALL
**Camera Direction:** NOT APPLICABLE
**Description:** VEHICLE DRIVER SIDE REAR TO FRONT
**Examination Quality:** Unknown

USAO_00000143

1/24/23, 4:20 PM                          Complaint# 2022-047-009160



76483871_1660547759029_vehicledriv.jpg
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

**Photo No:** 22
**Photo Type:** OVERALL
**Camera Direction:** NOT APPLICABLE
**Description:** VEHICLE FRONT
**Examination Quality:** Unknown



76483871_1660547759191_vehiclefron.jpg
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

**Photo No:** 23
**Photo Type:** MIDRANGE
**Camera Direction:** NOT APPLICABLE
**Description:** VEHICLE INTERIOR FIREARM IN FANNY PACK
ON FLOOR
**Examination Quality:** Unknown



76483871_1660547759269_vehicleinte.jpg
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this

USAO_00000144

image is strictly prohibited.

**Photo No:** 24
**Photo Type:** CLOSEUP
**Camera Direction:** NOT APPLICABLE
**Description:** VEHICLE NYS REGISTRATION
**Examination Quality:** Unknown



76483871_1660547759471_vehiclenysr.jpg
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

**Photo No:** 25
**Photo Type:** OVERALL
**Camera Direction:** NOT APPLICABLE
**Description:** VEHICLE PASSENGER SIDE FRONT TO REAR
**Examination Quality:** Unknown



76483871_1660547759544_vehiclepass.jpg
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

**Photo No:** 26
**Photo Type:** OVERALL
**Camera Direction:** NOT APPLICABLE
**Description:** VEHICLE PASSENGER SIDE REAR TO FRONT
**Examination Quality:** Unknown



76483871_1660547759685_vehiclepass.jpg
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

**Photo No:** 27
**Photo Type:** OVERALL
**Camera Direction:** NOT APPLICABLE

USAO_00000145

Complaint# 2022-047-009160

**Description:** VEHICLE REAR
**Examination Quality:** Unknown



76483871_1660547759763_vehiclerear.jpg
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

**Photo No:** 28
**Photo Type:** OVERALL
**Camera Direction:** NOT APPLICABLE
**Description:** VEHICLE VIN NUMBER
**Examination Quality:** Unknown



76483871_1660547759928_vehiclevinn.jpg
This digital image is a confidential investigative record. Any
unauthorized access, viewing, disclosure or dissemination of this
image is strictly prohibited.

| Reporting Officer: | Rank | Name | | Tax Reg. No. | Command |
|---|---|---|---|---|---|
| | POM | JERRY KLEPADLO | | 936875 | 183-PBBX SPECIALIZED UNITS |
| Reviewing Supervisor: | Manner of Closing | Date Reviewed: | Date of Next Review | Name | Supv. Tax No. |
| | - | 08/15/2022 | | WILLIAM SULLIVAN | 931283 |

USAO_00000146

Complaint# 2022-047-009160

**Tracking# 76483874**

| POLICE DEPARTMENT | **DA NOTIFICATION** | | | | **Crime/Condition** ECT #22-4890/CPW | | **Command** 270-47 DET SQUAD **Date of This Report** 08/15/2022 |
|---|---|---|---|---|---|---|---|

| Date of UF61 | **Complaint No.** 2022-047-09160 | **Date Case Assigned** 08/14/2022 | **Case No.** 2022 - 4195 | **Unit Reporting** | **Follow-Up No.** 2 |
|---|---|---|---|---|---|

| **Topic/Subject** (DA NOTIFICATION) DA NOTIFICATION | **Activity Date** 08/15/2022 | **Activity Time** 03:24 |
|---|---|---|

| **Details** |
|---|

| **Summary of Investigation:** |
|---|

| **DA Notification** |
|---|
| 1 | **DA Agency** BRONX |

| **Reporting Officer:** | **Rank** POM | **Name** JERRY KLEPADLO | | **Tax Reg. No.** 936875 | **Command** 183-PBBX SPECIALIZED UNITS |
|---|---|---|---|---|---|
| **Reviewing Supervisor:** | **Manner of Closing** - | **Date Reviewed:** 08/15/2022 | **Date of Next Review** | **Name** JERRY KLEPADLO | **Supv. Tax No.** 936875 |

**Tracking# 76505932**

| POLICE DEPARTMENT | **DA NOTIFICATION** | | | | **Crime/Condition** ECT #22-4890/CPW | | **Command** 270-47 DET SQUAD **Date of This Report** 08/16/2022 |
|---|---|---|---|---|---|---|---|

| Date of UF61 | **Complaint No.** 2022-047-09160 | **Date Case Assigned** 08/14/2022 | **Case No.** 2022 - 4195 | **Unit Reporting** | **Follow-Up No.** 3 |
|---|---|---|---|---|---|

| **Topic/Subject** (DA NOTIFICATION) AUTO GENERATED DA NOTIFICATION | **Activity Date** 08/16/2022 | **Activity Time** 02:06 |
|---|---|---|

| **Details** |
|---|

| **Summary of Investigation:** |
|---|

| **DA Notification** |
|---|
| 1 | **DA Agency** BRONX |

| **Reporting Officer:** | **Rank** 999 | **Name** SYSTEM GENERATED | **Tax Reg. No.** 999999 | **Command** 999- |
|---|---|---|---|---|
| **Reviewing Supervisor:** | **Manner of Closing** - | **Date Reviewed:** 08/16/2022 | **Date of Next Review** | **Name** SYSTEM GENERATED | **Supv. Tax No.** 999999 |

USAO_00000147

# NEW YORK CITY POLICE DEPARTMENT

**Worksheet : Vehicle Report**
**Status : Approved**
**Report # : VR-2022-047-006176**
**Incident Date : 08/14/2022 18:40 Sunday**

## REPORT NUMBERS

| 1 | | | |
|---|---|---|---|
| **Form Type:** Arrest | **Report No.:** B22628047 | | |
| **Details:** Top Charge - PL 265 03 01B ( CPW-2ND: LOADED FIREARM ) First Name - OCTAVOUS Last Name - FAYTON Arrest Processing Type - O Arrest Date - Invalid date Arrest Location - BRONX | | | |
| 2 | | | |
| **Form Type:** Property Voucher Number | **Report No.:** 2001154290 | | |
| **Details:** Property Type - VEHICLE/BOAT Category - FORFEITURE Invoicing Command - 047 | | | |

## STOP INFORMATION

| **Occurrence Date/Time:** 08/14/2022 18:40 Sunday | | | |
|---|---|---|---|

## BASIS FOR STOP

| **Basis for Stop:** VTL Infraction | **Is this a Reasonable Suspicion/Terry Stop?:** No | | |
|---|---|---|---|
| Law Title | Law Code | | Description |
| VTL - NO LICENSE PLATE OR SINGLE LICENSE PLATE | 4021A | | NO LICENSE PLATE OR SINGLE LICENSE PLATE |

## LOCATION OF OCCURRENCE

| **Address Type:** Intersection | | | |
|---|---|---|---|
| **Directional:** N/B | **Street Name:** BRONX BOULEVARD | | |
| **Borough:** Bronx | **Location Code:** TVB7050-Bronx | | |
| **Nearest Intersection** | | | |
| **Intersecting Street:** EAST 216 STREET | | | |
| **Nearest Intersection** | | | |
| **Unit of Length:** | | | |
| **Milepost, Nearest Intersecting Route or Street Name:** | | | |
| **Pct:** 047 | **Sector:** A | **PSA:** | |

## SUBJECT/MOTORIST INFORMATION

| **Last Name:** OCTAVOUS | **First Name:** FAYTON | | |
|---|---|---|---|
| **Race:** Black | **Sex:** Male | **Date of Birth:** 10/14/1980 | **Age:** 41 |

## VEHICLE INFORMATION

| **Vehicle Plate #:** KKP-8448 | **Vehicle Category:** Car/SUV | **Vehicle Make:** BMW | **Vehicle Color:** Gray |
|---|---|---|---|
| **Vehicle Searched:** No | **Plate State:** New York | | |

## ENFORCEMENT

| **Vehicle Seized:** Yes | **Vehicle Checkpoint:** No | **Force Used:** No | |
|---|---|---|---|
| **Arrest Made:** Yes | **Summons Issued:** No | | |

## REPORTING OFFICER

| **Agency:** New York City Police Department | **Command:** 047 | **Command Description:** 047 PRECINCT | **NCIC Number:** 03030 |
|---|---|---|---|
| **Tax Number:** 967964 | **Rank:** POL OFF M | **Last Name:** LLUBERES | **First Name:** JONATHAN |



**DEFENDANT'S EXHIBIT A**

USAO_00001020

**ENTERED BY**

| **Agency:** New York City Police Department | **Command:** 047 | **Command Description:** 047 PRECINCT | **NCIC Number:** 03030 |
| --- | --- | --- | --- |
| **Tax Number:** 967964 | **Rank:** POLICE OFFICER MALE | **Last Name:** LLUBERES | **First Name:** JONATHAN |

**ENDORSEMENT HISTORY**

| Submitted By: | Approved/Rejected By: | Note: | Status: | Endorsement Date: |
| --- | --- | --- | --- | --- |
| JONATHAN J LLUBERES 967964 POM 047 PRECINCT New York City Police Department 03030 | | | Approved | 08/15/2022 02:13 Monday |

USAO_00001021



3598 White Plains Rd





DEFENDANT'S
EXHIBIT

B


3650 White Plains Rd



New York

Google Street View

Feb 2022          See more dates

Image capture: Feb 2022    © 2023 Google




DEFENDANT'S
EXHIBIT

C



3686 White Plains Rd





DEFENDANT'S
EXHIBIT
D



DEFENDANT'S
EXHIBIT

E

Google Maps    630 E 220th St



Image capture: Feb 2022    © 2023 Google





**DEFENDANT'S EXHIBIT F**



641 E 216th St







**DEFENDANT'S EXHIBIT G**

Google Maps    3707 Olinville Ave



Image capture: Feb 2022    © 2023 Google





DEFENDANT'S
EXHIBIT

G1





Map data ©2023 Google    50 ft

**DEFENDANT'S EXHIBIT**

**G2**



3698 Bronx Blvd



New York

Google Street View

Feb 2022        See more dates

Bronx Blvd

Google

Image capture: Feb 2022    © 2023 Google





DEFENDANT'S
EXHIBIT

H

White Plains Rd & E Gun Hill Rd, Bronx, NY 10467 to 3700-3732 Bronx Blvd, Bronx, NY 10467

Drive 1.0 mile, 6 min





**DEFENDANT'S EXHIBIT**

**I**



Image capture: Feb 2022   © 2023 Google







Activity Log Report  **Argenis Paulino (967243)**

No reported activities on 08/14/22 for TaxId 967243



**DEFENDANT'S EXHIBIT**

**R**

USAO_00001102



Stipulation

The government met with Officer Paulino on September 1, September 15, September 20 and September 23.

The government's notes from the September 1 and September 15 meetings do not reflect that Officer Paulino said Mr. Fayton's car was involved in a near collision on 219th and Carpenter. The government's notes on September 20 reflect that Officer Paulino said Mr. Fayton's car almost caused a collision with another car exiting a spot.

In addition, none of the government's notes from each of the four meetings reflect that Officer Paulino said that Mr. Fayton: (1) failed to stop at a stop sign, or (2) failed to signal.



**DEFENDANT'S EXHIBIT Y**